**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No. 1:18-cv-3879-SEB-MJD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT JUDGMENT |
| PRITHIPAL MULTANI, | ) | REVOKING NATURALIZATION |
| *a/k/a* JOJU SINGH, | ) | |
| | ) | |
| Defendant. | ) | |

The Court having considered the Amended Complaint filed by the United States of America ("United States") against Prithipal Multani, a/k/a Joju Singh ("Defendant"), and having jurisdiction over this matter pursuant to 8 U.S.C. § 1451(a) and 28 U.S.C. §§ 1331 and 1345; Defendant having been advised by counsel; the parties having filed a Joint Motion for Entry of Consent Judgment ("Joint Motion"); and Defendant having admitted that he illegally procured his naturalization as described in Count IV of the Amended Complaint and Joint Motion; it is hereby ORDERED, ADJUDGED, and DECREED as follows:

(1) The Joint Motion is GRANTED;

(2) Counts I, II, and III of the Amended Complaint are rendered MOOT;

(3) In accordance with the Joint Motion, judgment is ENTERED in favor of the United States and against Defendant;

(4) The Court FINDS and DECLARES that Defendant illegally procured his U.S. citizenship;

1

(5) The order admitting Defendant to U.S. citizenship is REVOKED and SET ASIDE, effective as of the original date of the order, June 12, 2006;

(6) Certificate of Naturalization No. 29911223 is CANCELED, effective as of the original date of the certificate, June 12, 2006;

(7) Defendant is forever RESTRAINED and ENJOINED from claiming any rights, privileges, benefits, or advantages under any document which evidences United States citizenship obtained as a result of his June 12, 2006 naturalization;

(8) Defendant shall, within ten days of this Order, surrender and deliver his Certificate of Naturalization, any and all U.S. passports and passport cards, and any other indicia of U.S. citizenship, as well as any copies thereof in his possession or control (and make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others), to the Attorney General, or his designated representative, including undersigned counsel.

IT IS SO ORDERED:


Date: ___11/9/2021___                    _____

                                         SARAH EVANS BARKER, JUDGE
                                         United States District Court
                                         Southern District of Indiana


Distribution to counsel of record via CM/ECF